[None]

# IN THE MATTER OF MATTHEW ELLIOT

## 1807

### JOURNAL ENTRIES

1. Notice of motion . . . . . . . . . *Journal, infra*, *p. 89
2. Motion made; argument heard . . . . . . . . " 95
3. Affidavit filed . . . . . . . . . . . " 108
4. Motion overruled . . . . . . . . . . . " 118
5. Copy of affidavit ordered furnished . . . . . . . " 121
6. Copy of decision, etc., ordered transmitted . . . . . " 124

### PAPERS IN FILE

1. Affidavit of James Heward . . . . . . . . *Printed in Vol. 2*